# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153049

KEITH TODD,
　　　　　Plaintiff-Appellant,

v

　　　　　　　　　　　　　　　　　SC:  153049
　　　　　　　　　　　　　　　　　COA:  323235
　　　　　　　　　　　　　　　　　Wayne CC:  14-004589-CZ

NBC UNIVERSAL (MSNBC),
　　　　　Defendant-Appellee,

and

EASTPOINTE POLICE DEPARTMENT and
A-ONE LIMOUSINE,
　　　　　Defendants.

_____/

　　　　　On order of the Court, the application for leave to appeal the December 10, 2015 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing:  (1) whether the erroneous statements contained in the television show aired by the defendant NBC Universal (MSNBC) must be considered in context with the pertinent facts and circumstances surrounding the statements, and if so, whether the statements viewed in that context rise to the level of extreme and outrageous conduct; (2) whether the statements in question are protected by the First Amendment; and (3) whether the plaintiff should have been permitted to amend his complaint.  The parties should not submit mere restatements of their application papers.



　　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

s1026